■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL RODRIGUEZ, Appellant. [994 NYS2d 305]—Judgment, Su-

preme Court, New York County (Renee A. White, J.), rendered September 6, 2011, convicting defendant, upon his plea of guilty, of grand larceny in the fourth degree, and sentencing him to a term of one year, unanimously affirmed.

The court properly exercised its discretion in denying defendant's request for youthful offender treatment (*see generally People v Drayton*, 39 NY2d 580 [1976]), in light of the fact that, while awaiting sentencing in this case, defendant was arrested on robbery charges and pleaded guilty to second-degree robbery. Concur—Friedman, J.P., Renwick, Manzanet-Daniels, Feinman and Kapnick, JJ.